UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| WILLIAM ADOLF FRANCIS | ] | |
|---|---|---|
| Petitioner | ] | |
| | ] | |
| v. | ] | No. 1:15-0010 |
| | ] | Chief Judge Sharp |
| UNITED STATES OF AMERICA | ] | |
| Respondent. | ] | |

**O R D E R**

The Court has before it a *pro se* prisoner Motion (Docket Entry No. 1) under 28 U.S.C. § 2255, to vacate, set aside or correct sentence, and the government's Response (Docket Entry No. 31) to the Motion.

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the plaintiff's Motion. Accordingly, said Motion is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

_____
Kevin H. Sharp
Chief District Judge